IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CATHY MARIE OLSON,

          Plaintiff,

   v.

                                           Case No. 20-cv-672-jdp

ANDREW M. SAUL,
Commissioner of Social Security

          Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul, against Cathy Marie Olson affirming the Commissioner's decision and dismissing this case.

| s/ V. Olmo, Deputy Clerk | 5/05/2021 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |