# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**CATHY OLSON,**

        **Plaintiff,**

**vs.**                                            Case No.: 20-cv-672
**ANDREW SAUL,**
**Commissioner of Social Security,**

        **Defendant.**

## NOTICE OF APPEAL

***Notice is hereby given*** that Cathy Olson, by her attorney, Dana W. Duncan, Duncan Disability Law, S.C., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated May 5, 2021 and the judgment dated May 5, 2021 by Federal District Judge James D. Peterson which affirmed the decision of the Defendant, Andrew Saul, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 6th day of July, 2021.

                                                  **DUNCAN DISABILITY LAW, S.C.**
                                                  Attorneys for the Plaintiff

                                                  /s/ Dana W. Duncan
                                                  _____
                                                  Dana W. Duncan
                                                  State Bar I.D. No.
                                                  01008917 555 Birch St
                                                  Nekoosa, WI 54457
                                                  (715) 423-4000